NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000398
12-SEP-2012
10:35 AM

CAAP-11-0000398

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


SC, Plaintiff-Appellee,
v.
IC, Defendant-Appellant.


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 10-1-6354)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge for the court[1])

The Summary Disposition Order filed on August 16, 2012, is hereby corrected as follows:

On page 7, in fourth line from the bottom of the page, the word "than" should be replaced with "that" so that as corrected, the text reads: "The record reflects, however, that when Husband . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, September 12, 2012.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

------

[1] Nakamura, Chief Judge, and Fujise and Leonard, JJ.